UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BTU VENTURES, INC. and BTU INDUSTRIES HOLDINGS USA, INC., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 09-10058-JLT |
| MARTIN BETANCOURT, | * * * | |
| Defendant, | * * | |
| v. | * * | |
| WAEL AL MAZEEDI, | * * * | |
| Third-Party Defendant. | * | |

ORDER

December 7, 2010

TAURO, J.

After a Scheduling Conference held on December 7, 2010, this court hereby orders that:

1. Plaintiff BTU Ventures, Inc. and Third-Party Defendant Wael Al Mazeedi's Motion to Dismiss Defendant's Amended Counterclaims [#53] is DENIED.

2. Defendant shall produce additional documents per the search terms proposed by Plaintiffs, at Plaintiffs' expense, by January 7, 2011.

3. Fact discovery shall be completed by April 15, 2011.

4. Plaintiffs shall make expert disclosures, if any, as to their case by July 22, 2011.

5. Defendant shall make expert disclosures, if any, as to Plaintiffs' case and Defendant's counterclaim by August 19, 2011.

1

6. Plaintiffs shall make expert disclosures, if any, as to Defendant's counterclaim by September 16, 2011.

7. The Parties shall file any motions for summary judgment by November 17, 2011.

8. This case is REFERRED to Magistrate Judge Bowler for all further discovery matters and dispositive motions.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　United States District Judge